UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERARDO LAGUNA CHACON,<br><br>      Plaintiff,<br><br>  -against-<br><br>ALBERT COOKS, et al.,<br><br>      Defendants. | 1:23-cv-03056 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of Defendants' motion to dismiss the case, filed *pro se* on May 2, 2023. ECF No. 11. This matter was referred to the Court's mediation program on May 8, 2023. ECF No. 15. *Pro bono* counsel to represent Defendant Cooks in mediation appeared on October 18, 2023. ECF No. 16. Mediation has not yet taken place. The Court expects the parties to participate in mediation in good faith. IT IS HEREBY ORDERED that the parties shall file a joint status letter to the Court regarding the progress of their discussions within seven days of the conclusion of mediation. If the parties are not able to resolve this matter in mediation, Plaintiff shall respond to Defendants' motion to dismiss within fourteen days of the conclusion of mediation.

  The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant Cooks's counsel at the addresses listed in ECF No. 16. If Defendant's counsel would prefer to receive electronic notifications directly for updates to this case, they may request to have their email address added to the docket.

Dated: October 19, 2023
   New York, New York

                  SO ORDERED.

                  *Jennifer Rochon*
                  JENNIFER L. ROCHON
                  United States District Judge