

January 17, 2024

Honorable Jennifer L. Rochan
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re:  Chacon v. Cooks, 23-cv-3056-JLR

Dear Judge Rochan,

    NYLAG represents defendant Albert Cooks for settlement purposes. I write jointly with Gil Santamarina, counsel for plaintiff, to provide a mediation status report pursuant to Your Honor's directive (ECF 17) and to request that we be permitted to file another status report in 30 days on February 16, 2024. In addition, plaintiff requests, with defendant's consent, that the time to respond to the plaintiff's motion to dismiss be continued to February 29, 2024.  This is the parties' first request for this action.

    The parties held a Zoom mediation on January 8, 2024.  Since the mediation, counsel is continuing discussions which may lead to a settlement of this matter.  In addition, the mediator has offered to provide additional assistance, if needed. We respectfully request additional time to focus our efforts on settlement and request that we be permitted to provide another status report by February 16, 2024, and if the matter is not resolved, that plaintiff submit his opposition to plaintiff's motion to dismiss by February 29, 2024.

Respectfully submitted,

*Susanne Keane*

Susanne Toes Keane
**Senior Staff Attorney**
**New York Legal Assistance Group**
**Clinic for Pro Se Litigants**
**Thurgood Marshall US Courthouse**
**40 Foley Square - Room LL22**
**New York, New York 10007**
Direct: 212-613-5090

The request is GRANTED in part.  The parties shall submit a status report by **February 16, 2024**.

Because *pro se* Defendant submitted his motion to dismiss (ECF No. 11) before the case was referred to mediation and the parties have since engaged in no further briefing, the motion is denied without prejudice.  If the case remains unresolved upon the close of mediation, Defendant will have the option to renew his motion.

Dated: January 18, 2024
       New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

100 Pearl Street, New York, NY 10004  t:212.613.5000  f:212.750.0820  nylag.org