UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERARDO LAGUNA CHACON,

                Plaintiff,

-against-

ALBERT COOKS and FISH CHIPS & GRITS
CORP.,

                Defendants.

Case No. 23-cv-03056 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On April 18, 2024, the Court ordered the parties to submit a joint status report by May 20, 2024.  ECF No. 25.  The parties failed to do so.  On May 21, 2024, the Court ordered the parties to submit the required joint letter by May 24, 2024.  ECF No. 26.  That deadline has passed without any submission from the parties.  The parties shall submit a joint status report by May 31, 2024.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant Cooks's counsel at the addresses listed in ECF No. 16.

Dated:  May 28, 2024
       New York, New York

                                  SO ORDERED.

                                *Jennifer Rochon*
                                JENNIFER L. ROCHON
                                United States District Judge