UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERARDO LAGUNA CHACON,<br><br>                           Plaintiff,<br><br>             -against-<br><br>ALBERT COOKS and FISH CHIPS & GRITS CORP,<br><br>                          Defendants. | 23-cv-03056 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      The parties shall turn over initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) by November 13, 2024.  Discovery proceedings shall be otherwise stayed to allow the parties to attend further mediation sessions with the Court's Alternative Dispute Resolution Program.  This Court previously entered a referral order for mediation.  Dkt. 15.  The parties shall submit a joint letter regarding the status of mediation by December 5, 2024.  Plaintiff's counsel shall provide a copy of this order to Defendant.

Dated:  November 1, 2024
           New York, New York

                                                  SO ORDERED.

                                                  JENNIFER L. ROCHON
                                                  United States District Judge