UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERARDO LAGUNA CHACON,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>ALBERT COOKS and FISH CHIPS & GRITS CORP.,<br><br>　　　　　　　　　Defendants. | Case No. 1:23-cv-03056 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

Having been advised that the parties' mediation was unsuccessful, Dkt. 45, the Court orders the parties to submit a revised case management plan by December 13, 2024.

Plaintiff's counsel shall provide a copy of this Order to Defendants.

Dated: December 6, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　*Jennifer Rochon*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JENNIFER L. ROCHON
　　　　　　　　　　　　　　　　　　　　United States District Judge