UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERARDO LAGUNA CHACON,<br><br>                        Plaintiff,<br><br>-against-<br><br>ALBERT COOKS and FISH CHIPS & GRITS CORP.,<br><br>                        Defendants. | Case No. 1:23-cv-03056 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On December 30, the Court's Order Referring the Case to the Magistrate Judge was returned as undeliverable to Defendant Albert Cooks for insufficient address. Defendant Albert Cooks shall update his mailing address by January 10, 2025. Defendant is advised that failure to do so and to participate in this matter may result in the Court ordering Plaintiff to file a motion for the entry of default judgment.

Plaintiff is instructed to engage in good-faith efforts to contact Defendant and to provide updated contact information for Defendant.

Dated: January 2, 2025
       New York, New York

                                              SO ORDERED.

                                              *Jennifer Rochon*
                                              JENNIFER L. ROCHON
                                              United States District Judge