UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GERARDO LAGUNA CHACON,

                  Plaintiff,

-against-

ALBERT COOKS and FISH CHIPS & GRITS CORP.,

                  Defendant.

Case No. 1:23-cv-03056 (JLR)

**<u>ORDER</u>**

---

JENNIFER L. ROCHON, United States District Judge:

       The Court of Clerk is ordered to mail Dkt Nos. 48 and 49 to Defendant Albert Cooks' updated mailing address: 855 Courtlandt Ave. Apt. 910, Bronx, New York, 10451.   As stated in the Court's December 16, 2024 Order, this case has been referred to Magistrate Judge Jennifer E. Willis for settlement.  If they have not done so yet, the parties are directed to contact the Chambers of Magistrate Judge Willis no later than January 17, 2025 to discuss potential settlement.

Dated: January 14, 2025
      New York, New York

                        SO ORDERED.

                        JENNIFER L. ROCHON
                        United States District Judge