**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
GERARDO LAGUNA CHACON,

                Plaintiff,

             -against-

ALBERT COOKS and
FISH CHIPS & GRIPTS CORP.,

                Defendants.
-------------------------------------------------------------------

**ORDER**

**23-cv-3056 (JLR) (JW)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

A settlement conference was held in this matter on May 22, 2025. No settlement was reached. The parties are directed to meet and confer, and file a joint letter to the Court by **May 30, 2025** with proposed next steps regarding discovery, substantive motions, or trial.

      SO ORDERED.

DATED:    New York, New York
               May 22, 2025

                                                     _____
                                                       JENNIFER E. WILLIS
                                                      United States Magistrate Judge