UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERARDO LAGUNA CHACON,

                        Plaintiff,

            -against-

ALBERT COOKS,
FISH CHIPS & GRITS CORP,

                        Defendants.

23-cv-03056 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

        In light of the Court's referral of this matter to Magistrate Judge Willis for general

pretrial proceedings, Dkt. 55, the parties' previously scheduled post-discovery conference for

June 6, 2025 shall be adjourned until the Court is informed that discovery has concluded.

Dated: June 3, 2025
        New York, New York

                                        SO ORDERED.

                                        *Jennifer Rochon*
                                        _____
                                        JENNIFER L. ROCHON
                                        United States District Judge

1