UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERARDO LAGUNA CHACON,

                          Plaintiff,

          -against-

ALBERT COOKS and FISH CHIPS & GRITS
CORP.,

                          Defendants.

Case No.: 1:23-cv-03056 (JLR)

**STIPULATION OF
VOLUNTARY DISMISSAL
PURSUANT TO
F.R.C.P. 41(a)(1)(A)(ii)**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and/or their respective counsel(s), that the above-captioned action, including all counterclaims, is voluntarily dismissed with prejudice against each party as against the other party.

Dated: New York, New York
     June 6 , 2025

_____
By: Gil Santamarina, Esq.
SANTAMARINA & ASSOCIATES, P.C.
*Attorneys for Plaintiff*
260 Madison Avenue, 17th Floor
New York, New York 10016
Tel: (212) 965-1678
gil@santamarinalaw.com

_____
By: Albert Cooks, individually and on behalf
of Fish Chips & Grits Corp.
*Defendants Pro Se*
855 Courtlandt Avenue
Bronx, NY 10451
Cooks.albert@yahoo.com