UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERARDO LAGUNA CHACON,<br><br>                            Plaintiff,<br><br>-against-<br><br>ALBERT COOKS and FISH CHIPS & GRITS CORP.,<br><br>                            Defendants. | Case No. 1:23-cv-03056 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      The Court is in receipt of the parties' joint stipulation voluntarily dismissing all claims and counterclaims in this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii). Dkt. 59. Where FLSA is implicated, "district court[s] properly inquire[] as to the existence of any FLSA settlement," even where parties purport to have dismissed a case. *Samake v. Thunder Lube, Inc.*, 24 F.4th 804, 809 (2d Cir. 2022) (citations omitted).

      By June 23, 2025, the parties shall file a joint letter certifying that there has been no settlement of FLSA claims. If the parties are unable to certify that there has been no settlement, they must request *Cheeks* review of the settlement reached. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015).

Dated: June 16, 2025
         New York, New York

                                                        SO ORDERED.

                                                        *Jennifer Rochon*
                                                      JENNIFER L. ROCHON
                                                      United States District Judge