UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERARDO LAGUNA CHACON,<br><br>                    Plaintiff,<br><br>-against-<br><br>ALBERT COOKS and FISH CHIPS & GRITS CORP.,<br><br>                    Defendants. | Case No.: 1:23-cv-03056 (JLR)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO <u>F.R.C.P. 41(a)(1)(A)(ii)</u>** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and/or their respective counsel(s), that the above-captioned action, including all counterclaims, is voluntarily dismissed with prejudice against each party as against the other party.

Dated:   New York, New York
         June 6 , 2025

_____        _____
By: Gil Santamarina, Esq.               By: Albert Cooks, individually and on behalf
SANTAMARINA & ASSOCIATES, P.C.          of Fish Chips & Grits Corp.
*Attorneys for Plaintiff*               *Defendants Pro Se*
260 Madison Avenue, 17th Floor          855 Courtlandt Avenue
New York, New York 10016                Bronx, NY 10451
Tel: (212) 965-1678                     Cooks.albert@yahoo.com
gil@santamarinalaw.com


Dated: June 26, 2025
       New York, New York

**SO ORDERED.**

_____
**JENNIFER L. ROCHON**
**United States District Judge**