UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERARDO LAGUNA CHACON,<br><br>                      Plaintiff,<br><br>              -against-<br><br>ALBERT COOKS and FISH CHIPS & GRITS CORP.,<br><br>                      Defendants. | Case No. 1:23-cv-03056 JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      Having been informed by the parties that there has been no settlement of the FLSA claims in this action but that the parties agree to discontinue all claims against the other with prejudice, the Court shall enter the parties' stipulation of voluntary dismissal.

Dated: June 26, 2025
          New York, New York

                                          SO ORDERED.

                                          *Jennifer Rochon*

                                          JENNIFER L. ROCHON
                                          United States District Judge